FILED
13 SEP 16 PM 4: 23
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| EDUARDO DUARTE, | CASE NO. 12-CV-969 BEN (PCL) |
|---|---|
| Petitioner, | **ORDER:** |
| vs. | **(1) ADOPTING REPORT & RECOMMENDATION AND DENYING PETITION** |
| TIMOTHY BUSBY, Warden, | **(2) DENYING CERTIFICATE OF APPEALABILITY** |
| Respondent. | [ECF No. 20] |

## I.     The Petition

On April 18, 2012, Eduardo Duarte ("Petitioner"), a state prisoner proceeding pro se, filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254. On May 15, 2013, Magistrate Judge Peter C. Lewis submitted a thoughtful and thorough Report and Recommendation. Magistrate Judge Lewis recommended denial of the petition. He set a deadline of June 12, 2013 for Petitioner to file objections. That deadline lapsed.

On July 11, 2013, Petitioner requested additional time to file objections. This Court extended the deadline to August 26, 2013 but cautioned that it would be reluctant to grant additional extensions. Again the deadline lapsed. No objections

have been filed.[1]

Federal Rule of Civil Procedure 72(b) "makes it clear that the district judge must review the magistrate judge's findings and recommendations *de novo* if objection is made, but not otherwise." *United States v. Reyna–Tapia*, 328 F.3d 1114, 1121 (9th Cir.2003) (en banc). No objections having been filed, the Court **ADOPTS** the Report and Recommendation in full and **DENIES** the petition for writ of habeas corpus.

## II. Certificate of Appealability

Under Federal Rule of Appellate Procedure 22(b), there is no appeal from the final order in a habeas proceeding unless a "circuit justice or a circuit or district judge issues a certificate of appealability under 28 U.S.C. § 2253(c)." A "certificate of appealability may issue . . . only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). When the district court has rejected a claim on the merits, a "petitioner must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000). Petitioner has failed to make the required showing. Accordingly, the Court **DENIES** Buchanan a certificate of appealability.

IT IS SO ORDERED.

DATED: September /6, 2013

HON. ROGER T. BENITEZ
United States District Court Judge

---

[1] The docket reflects that on August 22, 2013, the Court received a "Notice of Change of Address" from Petitioner, dated August 13, 2013. (ECF No. 25.) Accompanying this document was a "Proof of Service by Mail," in which Petitioner states that he "served" a document entitled "Objection to Magistrate Judge's Report and Recommendation" on the United States District Court for the Southern District of California on August 13, 2013 by placing it in the United States mail. No such document or any substantive objections have been received by the Court.